NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**MARCUS LEWIS,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

———————————

2014-3148

———————————

Petition for review of the Merit Systems Protection Board in No. CB-1216-13-0063-T-1.

———————————

**ON MOTION**

———————————

**O R D E R**

Marcus Lewis submits his informal brief out of time, which the court treats as a motion to accept his brief out of time.

Upon consideration thereof,

IT IS ORDERED THAT:

2                                    MARCUS LEWIS v. MSPB


The motion is granted. Lewis' informal brief is accepted for filing. MSPB should calculate the due date for its response brief from the date of filing of this order.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


s21